# UNITED STATES BANKRUPTCY COURT
## Southern District of Alabama

In Re: Thomasboro Landco, LLC
     Debtor(s)

Case No. 22-10260-HAC-11

LEGALIST, INC., on behalf of itself and certain investment fund(s) for which it serves as investment advisor

    Plaintiff(s)

v.

THOMASBORO LANDCO, LLC,
THOMASBORO LANDCO II LLC,
CRITERIA DEVLOPMENT, LLC,
EAST DEVELOPMENT, LLC, and
J. MARION UTER

    Defendant(s)

Adv. Proc. No. 24-01038

## SUMMONS AND NOTICE OF SCHEDULING CONFERENCE IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

**Address of Clerk:**
United States Bankruptcy Court, 113 St. Joseph Street, Mobile, AL 36602

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

**Name and Address of Plaintiff's Attorney:**
Jeremy C. Hollembeak, BAIRD HOLM LLP, 1700 Farnam Street, Suite 1500, Omaha, NE 68102-2068

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a scheduling conference of the proceeding commenced by the filing of the complaint will be held at the following time and place:

**Date:** June 27, 2025     **Time:** 9:00 a.m.

**Address:** Judge Callaway's Courtroom 2 West, 113 St. Joseph Street, Mobile, AL 36602

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

*Andrea D. Redmon*
**ANDREA REDMON**
**CLERK, U.S. BANKRUPTCY COURT**

BY ANTOINETTE BROOKS
DEPUTY CLERK

Date of Issuance: 3/13/25

# CERTIFICATE OF SERVICE

I, Lauri Crowell_____, certify that service of this summons and a copy of the complaint was made on March 14, 2025_____ by:

☒ **Mail Service:** Regular, First Class United States Mail, postage fully pre-paid, addressed to:

*J. Marion Uter*
*11118 U.S. Hwy 31*
*Spanish Fort, AL 36527-5647*

☐ **Personal Service:** By leaving the process with defendant or with an officer or agent of defendant at:

☐ **Residence Service:** By leaving the process with the following adult at:

☐ **Certified Mail Service on an Insured Depository Institution:** By sending the process by certified mail addressed to the following officer of the defendant at:

☐ **Publication:** The defendant was served as follows: [Describe briefly]

☐ **State Law:** The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

| March 18, 2025 | *Lauri A. Crowell* |
|---|---|
| Date | Signature |

| Print Name |||
|---|---|---|
| Lauri A. Crowell |||
| **Business Address** |||
| 1700 Farnam St., Ste. 1500 |||
| City: Omaha | State: NE | Zip: 68102 |

# CERTIFICATE OF SERVICE

I, Lauri Crowell_____, certify that service of this summons and a copy of the complaint was made on March 14, 2025_____ by:

☒ **Mail Service:** Regular, First Class United States Mail, postage fully pre-paid, addressed to:

*J. Marion Uter*
*373 Gulfview Lane*
*Pensacola, FL 32507*

☐ **Personal Service:** By leaving the process with defendant or with an officer or agent of defendant at:

☐ **Residence Service:** By leaving the process with the following adult at:

☐ **Certified Mail Service on an Insured Depository Institution:** By sending the process by certified mail addressed to the following officer of the defendant at:

☐ **Publication:** The defendant was served as follows: [Describe briefly]

☐ **State Law:** The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

| March 18, 2025 | *Lauri A. Crowell* |
|---|---|
| Date | Signature |

| Print Name |||
|---|---|---|
| Lauri A. Crowell |||
| **Business Address** |||
| 1700 Farnam St., Ste. 1500 |||
| City: Omaha | State: NE | Zip: 68102 |